IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil Action No. 14-308E |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | United States District Judge |
| | ) | Terrence F. McVerry |
| LAUREL HONEY AKA | ) | |
| LAUREL HONEY-MCCULLUM, | ) | United States Magistrate Judge |
| | ) | Cynthia Reed Eddy |
| Defendant. | ) | |

**MEMORANDUM ORDER**

This case was commenced on December 15, 2014, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges. On March 11, 2015, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 8) recommending that Plaintiff's Motion for Default Judgment (ECF No. 6) against Laurel Honey AKA Laurel Honey-McCullum be granted. On March 11, 2015, Defendant was served with the Report and Recommendation at her last known address and was advised that they had fourteen (14) days to file written objections to the Report and Recommendation. To date, no Objections to the Report and Recommendation were filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW,** to wit, this 30th day of March, 2015, after consideration of the foregoing Motion upon Default for Judgment in Mortgage Foreclosure and for Deficiency Judgment (ECF No. 6), heretofore filed by the Plaintiff, United States of America, it is hereby

ORDERED that said Motion is GRANTED.

It is further ORDERED that Judgment by Default is hereby entered against Defendant Laurel Honey aka Laurel Honey-McCullum for failure to answer and in favor of Plaintiff, United States of America, as follows:

| | |
|---|---|
| Principal | $ 46,858.30 |
| Interest through 5/15/14 | $ 12,561.88 |
| Interest Credit Subject to Recapture | $ 50,862.41 |
| Penalty | $ 8,838.57 |
| Attorney Fees | $ 1,500.00 |
| TOTAL | $ 119,121.16 |

together with interest at 9.5% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that a deficiency judgment is entered for the balance due and remaining on the default judgment after deduction of monies received as a result of the sale of the subject property.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiff's Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

It is further ORDERED that the Report and Recommendation is adopted as the Opinion of the Court.

                                                                 s/Terrence F. McVerry
                                                           United States District Judge

cc:     Plaintiff's counsel via CM-ECF

        Laurel Honey aka Laurel Honey-McCullum
        11054 Tamarack Road,
        Waterford, Pennsylvania 16441